```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                           CASE NO. 07 B 19145
    CARRIE A PEREZ
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-8809
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/16/07 .

2. The case was converted to Chapter 7 without confirmation, 03/27/2008.

3. The Debtor paid a total of $  2100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE TAX SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GRANTS APPLIANCES | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MACYS CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED            .00           .00           .00           .00           .00
PRINCIPAL PAID                .00           .00           .00           .00           .00
INTEREST PAID                 .00           .00           .00           .00           .00
TOTAL PAID                    .00           .00           .00           .00           .00
```
The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $   3500.00
and was paid $     750.00   direct and $    1978.20   through the plan.

The Trustee received $     121.80 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/26/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 19145 CARRIE A PEREZ